## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Datavault AI, INC., and Nathaniel T. Bradley v. Wolfpack Research LLC and Dan David

Case Number: 25-13724

An appearance is hereby filed by the undersigned as attorney for:

Datavault AI, INC., and Nathaniel T. Bradley

Attorney name (type or print): Adam M. Reich

Firm: Paul Hastings LLP

Street address: 71 S Wacker Dr Ste 4500

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6329295
(See item 3 in instructions)

Telephone Number: 312-499-6041

Email Address: adamreich@paulhastings.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 7, 2025

Attorney signature: S/ Adam M. Reich

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015