UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DATAVAULT AI, INC. & NATHANIEL T. BRADLEY,<br><br>Plaintiffs,<br><br>v.<br><br><br>WOLFPACK RESEARCH LLC & DAN DAVID,<br><br>Defendants. | Case No: 1:25-cv-13724<br><br>Honorable Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' MOTION TO DISMISS FOR
LACK OF SUBJECT-MATTER AND PERSONAL JURISDICTION**

Defendants Dan David ("David") and WPR, LLC ("Wolfpack"), incorrectly identified by Plaintiff as "Wolfpack Research LLC," (together "Defendants"), by their attorneys, move this Court to dismiss Plaintiffs' Datavault AI Inc. ("Datavault") and Nathaniel T. Bradley ("Bradley") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (2).[1] In support of this motion, Defendants state as follows:

1. Plaintiffs bring claims for defamation against Defendants based on their reporting of Datavault's public financials, business disclosures, and general market prospects.

2. This Court lacks subject matter jurisdiction of these claims because there is no diversity of citizenship. All parties are citizens of Pennsylvania. Datavault is not a citizen of Illinois, despite its unsupported assertion otherwise.

---

[1] Because it is manifestly clear that there is no jurisdiction here and therefore the Court cannot entertain a merits motion, Defendants ask that time to make a 12(b)(6) motion be deferred in the unlikely case that this motion is denied.

1

3. This Court also lacks personal jurisdiction over Defendants. Wolfpack is a Pennsylvania-based business that reported on matters relating to a company with its headquarters, CEO, and numerous executives in Pennsylvania. Neither Wolfpack nor David does any reporting in Illinois, nor does Wolfpack have distributors or paying subscribers in Illinois. There is no factual basis for either general or specific jurisdiction here.

WHEREFORE, Defendants requests that the Court grant this motion and dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and 12(b)(2) for lack of personal jurisdiction and grant such further relief as is just.

Respectfully submitted,

WOLFPACK RESEARCH LLC & DAN DAVID

By: /s/ Brendan J. Healey
    One of their attorneys

Brendan J. Healey (ARDC #6243091)
Sharon R. Albrecht (ARDC #6288927)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
312-741-1030
bhealey@bhhlawfirm.com
salbrecht@bhhlawfirm.com

David S. Korzenik (*pro hac vice* to be filed)
Gillian Vernick (*pro hac vice* to be filed)
MILLER KORZENIK RAYMAN LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
212-752-9200
dkorzenik@mkslex.com
gvernick@mkslex.com

*Attorneys for Defendants Wolfpack Research LLC & Dan David*