ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

DATAVAULT AI, INC. and NATHANIEL T. BRADLEY,

Plaintiff(s),

v.

WOLFPACK RESEARCH LLC and DAN DAVID ,

Defendant(s).

Case No. 25 CV 13724
Judge Jeremy C. Daniel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

    which ☐ includes     pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment entered in favor of the defendant and against the plaintiff.

---

This action was (check one):

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Jeremy C. Daniel on a motion to dismiss.

Date: 7/21/2026        Thomas G. Bruton, Clerk of Court

                     Vettina Franklin, Deputy Clerk